UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MESLISSA M. SANDOVAL et al., <br><br> Plaintiffs, <br><br> -against- <br><br> ABBOTT HOUSE, <br><br> Defendant. | 24-CV-502 (AS) <br><br> ORDER APPOINTING <br> *PRO BONO* COUNSEL |

ARUN SUBRAMANIAN, United States District Judge:

    For the reasons stated in this Court's February 29, 2024 Order, the Court hereby appoints Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), through Jennifer R. Kwapisz and those Arnold & Porter attorneys working under her supervision, as *pro bono* counsel to represent minors ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ (E.S., E.S., and E.S.), the children of *pro se* plaintiff Melissa M. Sandoval, in the above-captioned action.[1]

    The scope of Arnold & Porter's representation of E.S., E.S., and E.S. shall be the same as set forth in the Court's February 29, 2024 Order. Arnold & Porter will not be obliged to cover any aspect of the representation beyond the matters described in that Order, such as litigating the case on appeal. Once Arnold & Porter files a Notice of Completion, counsel's representation will terminate, and counsel will have no further obligations or responsibilities to the Sandoval children or to the Court in this matter.

    SO ORDERED.

Dated: May 14, 2024
       New York, New York

                                                                   ARUN SUBRAMANIAN
                                                               United States District Judge

---

[1] The minors' names have been redacted from the copy of this Order placed on the public docket.