UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA M. SANDOVAL, et al.,

                Plaintiffs,

-against-

ABBOTT HOUSE,

                Defendant.

24-cv-502 (AS)

ORDER OF SERVICE

ARUN SUBRAMANIAN, United States District Judge:

      Pro se plaintiff Melissa Sandoval brings this action against Defendant Abbot House. Because Sandoval has been granted permission to proceed IFP, she is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

      The Court previously issued an order for service on February 29, 2024. Dkt. 7. Service has not yet been made, so the Court is re-authorizing service here. Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the Court finds that an extension of time is appropriate here.

      To allow Sandoval to effect service on Defendant Abbott House through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Defendant. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendant.

      The Clerk of Court is directed to issue a summons for Abbott House, complete the USM-285 forms with the addresses for this defendant, and deliver all documents necessary to effect service to the U.S. Marshals Service.

      The Clerk of Court is further directed to mail an information package to Sandoval.

SO ORDERED.

Dated:  May 29, 2024
          New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge

## DEFENDANT AND SERVICE ADDRESS

Abbott House
1775 Grand Concourse Rd.
Bronx, NY 10456