UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA M. SANDOVAL et al., <br><br>      Plaintiffs, <br><br>   -vs.- <br><br> ABBOTT HOUSE, <br><br>      Defendant. | Case No.  24-CV-502 (AS) <br><br> <u>NOTICE OF VOLUNTARY DISMISSAL <br> WITH PREJUDICE</u> |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs E.S., E.S., and E.S., by and through their undersigned counsel, hereby voluntarily dismiss the claims asserted on their behalf in the above-captioned matter with prejudice and without costs or fees.

Dated: August 26, 2024

Respectfully submitted,

*/s/ Jennifer Kwapisz*
Jennifer Kwapisz
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel.: (212) 836-8000
jennifer.kwapisz@arnoldporter.com