UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Melissa M. Sandoval,<br><br>      Plaintiff,<br><br>  -against-<br><br>Abbott House,<br><br>      Defendant. | 24-CV-502 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Plaintiff Sandoval should file her brief in opposition to defendant Abbott House's motion to dismiss by January 9, 2025. Abbott House's reply brief is due on January 23, 2025.

  SO ORDERED.

Dated: December 6, 2024
   New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge