UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Melissa M. Sandoval,<br><br>       Plaintiff,<br><br>   -against-<br><br>Abbott House,<br><br>       Defendant. | 24-CV-502 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Defendant Abbott House moved to dismiss on December 3, 2024. Dkt. 32. *Pro se* plaintiff Sandoval's opposition brief was due on January 9, 2025; this deadline was later extended to January 30, 2025. Dkt. 39. Sandoval has not filed an opposition brief.

  As a courtesy, the Court extends the deadline for Sandoval to file an opposition brief to **February 21, 2025**. Abbott House's deadline to file a reply brief is correspondingly extended to **March 7, 2025**. Sandoval is warned that, should she fail to file an opposition brief by the again-extended deadline, the Court will consider the motion in the absence of any response.

  SO ORDERED.

Dated: February 5, 2025
   New York, New York

                       ARUN SUBRAMANIAN
                       United States District Judge