UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Melissa M. Sandoval,<br><br>                Plaintiff,<br><br>    -against-<br><br>Abbott House,<br><br>               Defendant. | 24-CV-502 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

    The Court granted defendant's motion to dismiss on May 15, 2025. Dkt. 41. In its Opinion and Order, the Court gave *pro se* plaintiff leave to amend her complaint by June 6, 2025. *Id.* No amended complaint has been filed.

    As a courtesy, the deadline to amend is extended to **August 1, 2025**. If plaintiff does not file an amended complaint by this deadline, the Court will close the case without further notice.

    SO ORDERED.

Dated: July 7, 2025
       New York, New York

                                                    ARUN SUBRAMANIAN
                                                    United States District Judge