UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Melissa M. Sandoval,<br><br>      Plaintiff,<br><br>  -against-<br><br>Abbott House,<br><br>      Defendant. | 24-CV-502 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court dismissed *pro se* plaintiff Sandoval's complaint on May 15, 2025. Dkt. 41. The Court granted Sandoval leave to amend, and the deadline to do so was June 6, 2025. *Id.* The Court then *sua sponte* extended the time to amend to August 1, 2025 and warned that if no amended complaint was filed by that deadline, the Court would close the case without further notice.

  No complaint has been filed, so the Clerk of Court is respectfully directed to close the case.

  SO ORDERED.

Dated: August 11, 2025
    New York, New York

                      ARUN SUBRAMANIAN
                      United States District Judge